Case 3:18-mj-00125-WGC   Document 1   Filed 08/13/18   Page 1 of 4
Case 3:17-cr-00037-RLY-MPB   Document 34 (Applicable Party)   Filed 06/12/18   Page 1 of 2 PageID #: 89
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
Southern District of Indiana

| United States of America | ) | 3:18-MJ-0125-WGC |
| --- | --- | --- |
| v. | ) | |
| STEVEN T. MORGAN | ) | Case No. 3:17-cr-37-RLY-MPB |
| | ) | |
| Defendant | ) | |

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **STEVEN T. MORGAN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:
Failure to comply with conditions of pretrial release - Defendant cut his GPS ankle monitor and whereabouts are unknown.

Date: 06/12/2018

*Issuing officer's signature*

City and state: Evansville, Indiana

RICHARD L. YOUNG, JUDGE
*Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____       *Arresting officer's signature* _____       *Printed name and title* _____ |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: __STEVEN T. MORGAN__

Known aliases: ____

Last known residence: __809 Douglas Drive, Evansville, Indiana 47712__

Prior addresses to which defendant/offender may still have ties: ____

Last known employment: ____

Last known telephone numbers: ____

Place of birth: ____

Date of birth: ____

Social Security number: ____

Height: ____    Weight: ____

Sex: ____    Race: ____

Hair: ____    Eyes: ____

Scars, tattoos, other distinguishing marks: ____

History of violence, weapons, drug use: ____

Known family, friends, and other associates *(name, relation, address, phone number)*: ____

FBI number: ____

Complete description of auto: ____

Investigative agency and address: ____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ____

Date of last contact with pretrial services or probation officer *(if applicable)*: ____

[ Print ]   [ Save As... ]                                                                                   [ Reset ]

PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern District Of Indiana

U.S.A. vs. Steven T. Morgan                                              3:17CR00037-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Andrea M. Hillgoth, of U.S. Probation and Pretrial Services, presenting an official report upon the conduct of defendant Steven T. Morgan,

who was placed under pretrial release supervision by the Honorable Richard L. Young, sitting in the court at Evansville, Indiana on the Empty date of Empty, 2017 under the following conditions:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

"The defendant must participate in a location restriction program and comply with its requirements as directed. The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer. The defendant shall be monitored through GPS monitoring."

On June 11, 2018, the defendant cut his GPS monitor ankle bracelet. At the time of this repost, the defendant's whereabouts are unknown.

DEFENDANT'S ADDRESS:

809 Douglas Drive
Evansville, Indiana 47712

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/12/2018

*Andrea Hillgoth*

Andrea M. Hillgoth
U.S. Pretrial Services/Probation Officer

**THE COURT ORDERS**

☐ No Action
☐ Revocation    ☒ Warrant    ☐ Summons
☐ Continued Bond    ☐ No Change    ☐ Changed Conditions

*[signature]*

Honorable Richard L. Young
U.S. District Court Judge

Date: June 12, 2018