IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA    :

VS.                          :  Crim. No. 3:18-mj-37
                                         -125 cm

__Morgan__              
Defendant                    :

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with any local, state or federal government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want any local, state or federal government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

X _____  
(Defendant's signature)

__Katie Berry__, 201 W. Liberty Street, Suite 102. Reno, Nevada 89501  
(Attorney's name/address printed)

_____  
(Attorney's signature)

Date: __8/13/18__       Time: __12:45__ a.m. / (p.m.)