AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

District of __NEVADA (Reno)__

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. __3:18-MJ-0125-WGC__ |
| | ) |
| STEVEN T. MORGAN | ) Charging District's |
| *Defendant* | ) Case No. __3:17-CR-37-RLY__ |

```
                    _____ FILED      _____ RECEIVED
                    _____ ENTERED    _____ SERVED ON
                           COUNSEL/PARTIES OF RECORD

                         AUG 1 3 2018

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                   BY: _____ DEPUTY
```

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Southern__ District of __Indiana__,
*(if applicable)* __Evansville__ division. The defendant may need an interpreter for this language: _____ .

The defendant:  ☐ will retain an attorney.

                 X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: __Aug 13, 2018__                     _____
                                                                                  *Judge's signature*

                                __Robert A. McQuaid, Jr., United States Magistrate Judge__
                                                            *Printed name and title*