**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF NEVADA
BRUCE R. THOMPSON U.S. COURTHOUSE
AND FEDERAL BUILDING
400 SOUTH VIRGINIA STREET #301
RENO, NEVADA 89501
(775) 686-5800

**DEBRA K. KEMPI**
DISTRICT COURT EXECUTIVE/CLERK

**JAKE HERB**
CHIEF DEPUTY, RENO

**CYNTHIA JENSEN**
CHIEF DEPUTY, LAS VEGAS

August 14, 2018



Clerk's Office
Winfield K. Denton Federal
Bldg. and U.S. Courthouse
101 Northwest Martin Luther King Blvd.
Evansville, IN 47708

    RE: USA v. Steven T. Morgan
        Your File No.: 3:17-cr-37-RLY-MPB
        Our File No.:  3:18-MJ-0125-WGC

Dear Deputy Clerk:

    Please be advised that the above-referenced defendant was arrested in the District of Nevada (Reno) on the warrant issued in the Southern District of Indiana on June 12, 2018. Mr. Morgan has appeared before the Honorable Robert A. McQuaid, Jr., United States Magistrate Judge, has been detained and remanded to the custody of the United States Marshals Service for transport to the Southern District of Indiana ~ Evansville. Included are the documents from the District of Nevada (Reno).

    If you have any questions or require further information, please do not hesitate to contact me at (775) 686-5653.

                Sincerely yours,

                DEBRA K. KEMPI, CLERK OF COURT

                By: Lisa Mann
                Courtroom Administrator to
                Magistrate Judge Valerie P. Cooke